**EXHIBIT A**

Docusign Envelope ID: A642180A-F7C4-4E6C-B3B4-346E5BFD81E8

## PARTICIPATION AGREEMENT

between

**Baller League GmbH,**
represented by the managing director Felix Starck,
Kastanienallee 6,
10435 Berlin,
Germany

- hereinafter referred to as "BL" -

and

**AMP Entertainment LLC**
2900 Delk Road SE Suite 700 #220,
Marietta, GA 30067,
United States of America,

- hereinafter referred to as " AMP" -

**Preamble**

(1) BL intends to establish a small-sided football league with alternative and modern rules and the integration of interaction, participation and gamification in the US (hereinafter "Baller League"). The Baller League is intended to provide a high-reach platform for talented football players and the participating teams will be managed by the most high-reach and/or interesting personalities from online, sport, TV, music and lifestyle, the so-called "team managers " which is expected to generate extensive media coverage. BL intends to establish the Baller League in the US. Herefore, BL has set up (i) a Holding Company for all international activities of BL ("Baller League International Ltd, UK") and intends to set up (ii) a US company as a special purpose vehicle for the US activities ("Baller League US Ltd, US").

(2) AMP  is a well-known group of streamers, including streamers Din Muktar, Christopher Dimbo, David Dodds, Denzel Dennis, Kai Cenat and Roberto Escanio (hereinafter, individual and collectively, "Team Manager") who - at the time of the conclusion of this agreement - operates channels on X (formerly Twitter; 825.2 thousand followers), TikTok (1 million followers) and Instagram (1.3 million followers) under the name "AMP".

(3) With this agreement, BL commissions      AMP to non-exclusively provide BL with the services of Team Manager for  the BL. Insofar as performance and/or conduct obligations are to be provided personally by members of the group of the Team Manager in the following,      AMP agrees that it will provide these  through the Team Manager.

(4) The effectiveness of this agreement is subject to the condition precedent that the Baller League actually starts playing for the first time in the US. Match operations shall be deemed to have commenced at the  announcement of  AMP's involvement in  Baller League and the announcement of the date of the first match day in US.

Having said this, the parties wish to lay the foundations for successful and trusting cooperation with the following agreement:

**EXHIBIT A**

Docusign Envelope ID: A642180A-F7C4-4E6C-B3B4-346E5BFD81E8

### § 1 Subject matter of the agreement

(1)   BL commissions  AMP to provide BL with the following services of the Team Manager working for AMP and in each season of Baller League in the US covered by the agreement.  AMP agrees that the Team Manager will personally provide the services to be rendered by  them hereunder  for BL.

(2)    BL declares that  it will provide AMP and the Team Manager the proper information so that they are sufficiently aware of the basic format and the basic features of the Baller League (in particular 12 match days per season, commentary on the matches of its own team and promotion by the Team Managers),  aware of the concept, tasks and duties of a Team Manager and the basic rules of the game . By signing this agreement  BL agrees that they will provide this information, in writing, no less than thirty (30) days prior to the BL  commencing its first game in US.

### § 2 Remuneration and travel expenses

(1)    AMP shall receive a buy-out remuneration (lump sum remuneration) ("Fee") in the amount of USD 1,500,000.00 for the first season as compensation for all contractual services and transfers of rights listed below on the basis of this agreement. The  Fee plus statutory VAT (if applicable) shall be due against proper invoicing by  AMP as follows:

BL shall wire the Fee's at BL's sole cost and expense consistent with the following.

   a.  USD  800,000.00  by February 15, 2025 or 5 days before announcement of AMP´s involvement in the league , whichever is sooner;
   b.  USD  300,000.00 immediately after  the 1st match day of Baller League US;
   c.  USD  400,000.00  at the  last obligated appearance of  AMP, but not later than upon the last match day of Baller League US.

For  applicable and agreed to seasons following the first season the  Fee (1,500,000 USD) shall also be payable against proper invoicing by  AMP and in three installments in each case as follows:

   a.  USD 150,000 with the draft day of each further season of Baller League US and AMP being Team  Manager of Baller League US;
   b.  USD 675,000 upon  the first match day of each further season of Baller League US;
   c.  USD 675,000  upon the last match day of each further season of Baller League US

(2)    BL shall  pay AMP, the reasonable travel and accommodation costs (1st class flight, hotel classification at least 5 stars , transportation, per diem, etc.) ("Travel Costs") incurred by the Team Manager and their respective entourage, up to a maximum of 22 persons in the context of participation in the Baller League, whereby all bookings  will be made  by AMP, with final approval by BL. For avoidance of doubt, each member of AMP shall be provided first class tickets as required and be entitled to two (2) coach tickets for associates of that AMP Member at BL's expense. Furthermore, AMP shall be provided with two (2) first class tickets for use by the AMP CEO or appropriate executive and AMP's professional representative. Two (2) coach tickets will be provided for others as designated by AMP or AMP's professional representative at BL's expense. BL shall ensure that the Team Manager is provided with appropriate meals during the participation and match days; no expenses shall be paid  unless previously communicated and arranged by AMP to BL. Further BL guarantees to provide a 6-bedroom waterfront house, of which AMP approves in writing, in Miami during the season for AMP.

(3)    There is no partnership or employment relationship between  BL and AMP or Team Manager (collectively,  "Part(y)ies"). For this reason, BL will not pay or withhold  any taxes, duties and insurance contributions for the Team Manager, in particular no income tax/wage tax, social security

**EXHIBIT A**

Docusign Envelope ID: A642180A-F7C4-4E6C-B3B4-346E5BFD81E8

contributions, unemployment and health insurance contributions.  AMP shall be responsible for any necessary taxation and payment of duties and contributions in respect of all payments to be made by BL hereunder. Excluded from this is the treatment of the "limited tax liability of artists, athletes and performers living abroad" if applicable, pursuant to §§ 49 et seq. EStG ("foreigner tax").

**§ 3 Obligations to perform** for **AMP**

(1)    AMP will give the Team Manager to make/produce   one (1) corresponding trailer and teaser cutdown to announce the start of  their involvement in the Baller League US Season. The trailer will be produced by and at the expense of BL. AMP   will have final approval over the  trailer.

(2)   AMP will post the trailer on @AMPExclusive and two members will share on their personal Instagrams as a story.

(3)   AMP will ensure a member appears during 2 -3 hours for six match days throughout each season (six total appearances),

(4)   to be available during AMP´s appearance time on the 6 match days per season for the creation, publication and distribution of certain visual, audio and/or audiovisual recordings for reporting purposes relating to the 6 match day in US, in particular for accompanying pre- and post-match day reporting of the AMP-Team;

(5)   An AMP Member will post an Instagram Story at each appearance.

(6)   AMP on (or just before) each match day of a season in the US, will create an Instagram story on the AMP Owned and Operated Channel @AMPexclusive about the upcoming match day.

(7)    In the event of an impediment - for whatever reason - to the fulfillment of the services mentioned in paragraph (1) above,      AMP agrees to reasonably inform BL     , stating the expected duration of the impediment. The parties agree that an       uncured material breach of the participation and performance obligations specified in paragraph (1) constitutes a serious breach of contract.

(8)   BL is entitled to cancel or interrupt a match day due to force majeure      ("Force Majeure"). Force Majeure shall be deemed to exist in particular if the execution of the match day becomes impossible or considerably more difficult due to external circumstances for which BL is not responsible. Furthermore, Force Majeure exists if the safety of the participants, contributors or spectators cannot be guaranteed or can only be guaranteed with disproportionate effort. In such cases, BL shall be entitled to continue the match day at a later date or at another venue, and  AMP shall ensure that the Team Manager will also attend and participate in this , subject to professional availability. Notwithstanding the foregoing,  in the event of a Force Majeure, AMP shall still receive their full Fee as set forth in this Agreement if the Parties succeed to reschedule the event and if the Team Manager participates in this; for the  avoidance of doubt, AMP shall have no further claims against BL in the event of a Force Majeure if the Parties do not succeed to reschedule the event.BL shall have the obligation of taking good faith and reasonable efforts to reschedule. Failure to take the necessary steps to reschedule shall constitute a breach of contract by BL and AMP shall be entitled to the full sum of this Agreement.

**§ 4 Declaration of consent and granting of rights**

(1)    AMP assures that  AMP and the Team  Manager consent to the recording of images, sound and/or video recordings being made of AMP and the Team  Manager in connection with the Baller League worldwide.

(2)   AMP and the Team  Manager  grants BL the  non-exclusive right to use and  exploit the approved image (s), approved sound(s) and/or approved video and audio recordings (collectively, "Materials") made and/or recorded from     AMP and the Team    Manager in connection with the Baller League US in all media, in whole or in part,      without restriction in terms of territory and content subject to

**EXHIBIT A**

Docusign Envelope ID: A642180A-F7C4-4E6C-B3B4-346E5BFD81E8

approvals by AMP as set out in §4 (2) para 3 and §4 (6). The rights shall be granted to BL immediately upon such approval after their creation.  For the avoidance of doubt, AMP and Team Manager shall, at all times, maintain full and complete ownership of all Materials being licensed to BL. BL hereby accepts the granting of the rights.

 The Parties hereby expressly declare that they have reached an agreement regarding the granting of rights of the types of use not yet known at the time of the conclusion of the agreement. In this context, AMP declares its consent and that of the Team Manager to this grant.   AMP guarantees that AMP or the Team Manager have not transferred or will not transfer or grant these rights to third parties, either in whole or in part, and/or that they are not encumbered with third-party rights.

With the exception of recordings of the Team  Manager during the match days of Baller League which are fully consented, all publications and use of the recording of name(s), images, likeness(es), audio and video of the Team Manager require the prior consent of the Team Manager by E-Mail according to §4 (6) below.

AMP has the right to use recordings of the Team Manager during the match days of Baller League on the AMP Owned and Operated Channel @AMPexclusive and the channels of the members of the Team Manager. All other use of the recording of name(s), images, likeness(es), audio and video of the Team Manager during the match days of Baller Leaque require the prior consent of BL by E-Mail according to §4 (6) below.

For the avoidance of doubt, without Team  Manager´s prior approval according to §4 (6) below, BL will only use content created during his services as Team  Managers for BL.

(3)   AMP and the Team  Manager  agree to use of the Team   Managers approved name(s), approved stage name(s), approved voice(s), approved likeness(es)     , approved  biographical facts or other approved identifying features made available to BL by  AMP or the Team  Manager in connection with the Baller League.    AMP and the Team      Manager  guarantee that all data and materials provided by      AMP or the Team   Manager are truthful, to the best of their knowledge, and that materials and image, sound and/or image or audio recordings provided by  AMP or the Team Manager as well as their provision do not violate the rights of third parties , to the best of their knowledge. In this respect,     AMP and the Team Manager shall indemnify BL against  third-party legal claims     upon first request. In case of breach of para. 4 (2) by BL, BL shall indemnify Team Manager against all legal claims of third parties upon first request.

(4)   If this Agreement is terminated early, for any reason whatsoever, the rights granted by this Agreement shall cease with effect from its valid termination. The Team     Manager may not assert the reversion of these rights. However, in case of termination, for any reason whatsoever, BL remains entitled to use all rights granted in this para. 4 from      AMP and Team     Manager for retrospectives, reviews, summaries, etc. of only the previous seasons that Team Manager was featured in.

(5)   The format, concept and idea of the Baller League are the work of BL. All rights existing and/or arising in this respect are the exclusive property of BL.  AMP acknowledges this.

(6)   BL is entitled to transfer the transferred or granted rights in full or in part to natural and legal persons associated with the implementation of the Baller League, revocably or irrevocably, and to grant them exclusive or non-exclusive rights of use or to transfer them for exploitation and/or to permit their further transfer, with prior written approval from AMP. However, for the avoidance of doubt, all image, sound and/or video recordings being made of the Team Manager in the course of Baller League match days are pre-approved for use of broadcasting, streaming and in Social Media. AMP shall have two (2) working days for its approvals from the date of receipt of the materials to approve

**EXHIBIT A**

Docusign Envelope ID: A642180A-F7C4-4E6C-B3B4-346E5BFD81E8

them or make objection or comment. If no response is received by Team-Manger or AMP in such period, approval will be deemed given.

### § 5 Term of contract / Termination

(1)  This Agreement shall become effective upon signature of the Parties and shall terminate on the last match day of Season 2 of Baller League US (which presumably will be in autumn 2025) ("Term").

(2)  Starting on the last match day of Season 2 of Baller League US (which presumably will be in autumn 2025), the Parties will negotiate during a period of 4 weeks an extension of the Term for a minimum of 2 further seasons. The extension of the Term requires the mutual agreement of both Parties.

(3)  This agreement shall end prematurely if one party terminates this agreement for good cause (Section 314 BGB). Good cause may exist in particular,

a.  if BL discontinues its business operations and/or the Baller League GmbH or Baller League US Ltd, US;

b.  if  AMP and/or the Team Manager violate performance and/or conduct obligations pursuant to §§ 3, 6-9 of this Agreement to such an extent that BL can no longer reasonably be expected to continue working with  AMP and/or the Team Manager, taking into account all circumstances and weighing up the interests of both Parties;

c.  if a social media channel of AMP and the Team Manager is blocked for longer than  thirty (30) days for reasons for which the Team Manager is solely responsible;

d.  if BL is more than four weeks in arrears with the payment of the remuneration owed. An extraordinary termination by  AMP due to default of payment by BL is only permissible after an unsuccessful reminder, unless a reminder is obviously unsuccessful or the immediate termination is justified for special reasons, taking into account the interests of both parties.

### § 6 Exclusivity

(1)  The Team-Manager undertakes not to participate worldwide in any other productions/formats/competitions (including TV appearances)     substantially similar to other creator football leagues similar to the Baller League format (e.g. like Kings League or Icon League) and/or to participate in other radio, print and advertising activities for productions/formats/competitions (including TV appearances)     substantially similar to the Baller League format and/or to make him/herself available for this purpose with her likeness, name, stage name and/or voice as an advertising medium, in particular as a so-called "testimonial" ("Cease and Desist Obligation"). This Cease and Desist Obligation shall apply during the term of the Agreement plus a blocking period after termination of this agreement of a further     three (3) months and shall not include the broadcasting of pre-produced productions during this period. Exceptions require the prior written consent of BL. The participation of the Team Manager in traditional football formats such as the Premier League, Champions League, Sidemen matches etc. is not covered by this regulation, nor is participation in charity tournaments or influencer cups (daily base), unless these are small-sided football leagues within the meaning of paragraph (1) of the Preamble.

(2)  For each case of violation of the above cease-and-desist obligation, the Team  Manager shall be obligated to pay a contractual penalty in the amount of USD 25 ,000.00 to BL, excluding the principles of continuation. The payment is due immediately and does not release the Team Manager from further compliance with the provisions on exclusivity. The right to assert further claims, in particular any existing claims for damages, shall remain unaffected.

**EXHIBIT A**

Docusign Envelope ID: A642180A-F7C4-4E6C-B3B4-346E5BFD81E8

### § 7 Duties of conduct in connection with sports betting and match-fixing

(1)   AMP agrees that both  AMP and the Team Manager refrain from doing so,

a.   to place or attempt to place sports bets on match events, match results, table positions or other data of the matches and competitions of the Baller League themselves or through third parties for their own account or for the account of third parties with the aim of making a profit or to instruct or support third parties in placing such bets;

b.   to provide third parties, including relatives, with information or special knowledge that is not generally accessible and can be used for sports betting;

c.   demanding, being promised or accepting advantages for themselves or a third party for the anti-competitive influencing of the course or results of matches in the Baller League.

(2)   Without prejudice to any statutory rights to information and the right to refuse to testify,  AMP undertakes to inform BL  if it or the team manager is offered the manipulation of a match of its or another team by a third party in return for a promise of money or payment of money or other benefits. This also applies if the player or coach has refused to accept money or monetary or other benefits or has not agreed to the manipulation.

### § 8 Duties of conduct in public and in private life

(1)   The reputation of the Baller League is an important factor for its commercial success, as the format can only be marketed successfully for all parties involved if it has an excellent reputation.  AMP agrees that it and the Team Manager will refrain from   being convicted of any  felonious criminal offense that could specifically damage the reputation of the BL and the Baller League     .

(2)   Similarly, the reputation of AMP and Team Managers are equally important for its success and reputation. BL agrees that it will refrain from any disparaging remarks or have a member of BL's executive team or a public representative of BL be criminally offense behavior that could damage the reputation of AMP and/or Team Managers.

(3)   AMP represents and warrants that the Team Manager will not be convicted for felonious  in criminal  behavior while representing BL at Baller League US matches as defined under US Law. In particular, the Team Manager shall refrain from being convicted of any felonious               actions with regard to race, ethnic origin, skin color, gender, sexual identity, language, religion or ideology, disability or age. This obligation also applies to the behavior of the Team Manager in connection with the use of social media channels on the Internet.

### § 9 Confidentiality and secrecy

(1)   AMP agrees that it will not disclose to third parties, either itself or through the Team Manager, any information about its activities or the activities and involvement of other persons for BL and in the Baller League that is not intended for outsiders (hereinafter "internal information"). No statements about Internals may be made to third parties unless prior written consent has been granted by BL; this shall also apply for a period of  two (2) years after the termination of this agreement. The disclosure of internal information is excluded if and to the extent that  AMP and/or the Team Manager are obliged to do so due to official or court orders.

(2)   AMP is obliged to maintain confidentiality towards third parties about the format or design model of BL as well as all related content, operational, business and organizational matters, including this agreement - even after the termination of this agreement. Excluded from this is information that has been published without the involvement of  AMP or has otherwise become generally known through

**EXHIBIT A**

Docusign Envelope ID: A642180A-F7C4-4E6C-B3B4-346E5BFD81E8

no fault of AMP or if this information has been released to AMP in writing by BL. AMP guarantees that the team manager also complies with the above obligations.

(3)  BL is obliged to maintain confidentiality about internal information concerning      AMP and/or the Team Manager as well as about the content of this agreement vis-à-vis third parties - even after the termination of this agreement.

### §10 Transferability/Assignment

BL intends to set up a US company as a special purpose vehicle for the US activities, ("Baller League US Ltd, US" as defined above). BL shall have the right to assign and transfer its rights and obligations under this Participation Agreement to Baller League US Ltd, US  or to an affiliated or parent company upon prior written notice to  AMP, so long as BL remains secondarily liable. Where assignment to a non-affiliated or parent company is sought, BL must receive the prior written consent of  AMP.

### §11 Franchise Right

The Parties agree that  AMP can take over the Team Manager's team (" AMP-Team") at any time in economic and legal terms ("spin-off") and in particular the name, word/figurative mark of the  AMP-Team and the Team Manager, his/her personal rights and similar or comparable rights. Personal rights and similar or comparable rights are also transferred (example: sales of a jersey sleeve). Due to the further details will be agreed between the Parties as soon as  AMP notifies BL of its wish to be released to BL.

**Preparation of the spin-off:**

 AMP has the option to request in writing the spin-off of the  AMP-Team at any time after the end of the 1st season. The option must be exercised no later than three (3) months before the first match day of a subsequent season. The option expires if AMP is no longer the team manager of the  AMP-Team.

**Within 4 weeks after exercising the option**

-  AMP and BL jointly establish a company, whose shares are taken over by  AMP (25%) and BL (75%) (" AMP-Team Company"). BL will guarantee the  AMP-Team-Company 50% of the lump sum remuneration in §2.1 (equals 750,000 USD) per season. The parties will negotiate a follow-up contract with AMP-Team Company in good faith once  AMP informs BL about the spin-off.

### § 12 Final provisions

(1)  The Participation Agreement is subject to the condition precedent that the shareholders of BL approve the Agreement. BL will use its best endeavors to obtain approval within 14 days of signing this Agreement and will inform  AMP accordingly.

(2)  Should individual provisions of this Agreement be invalid or unenforceable in whole or in part, this shall not affect the validity of the remainder of the agreement. In this case, the parties undertake to negotiate to replace the invalid or unenforceable provision with a valid or enforceable provision that comes as close as possible to the intended purpose of the wholly or partially invalid or unenforceable provision within the framework of the overall agreement. The same shall apply to any loopholes in the agreement.

(3)  No ancillary agreements have been made. Amendments and supplements to this Agreement shall only be effective if they have been made in writing; this shall also apply to the amendment of this written form clause.

(4)  The place of jurisdiction and performance for both contracting parties is California.

**EXHIBIT A**

Docusign Envelope ID: A642180A-F7C4-4E6C-B3B4-346E5BFD81E8

Berlin, _____05.02.2025_____        _____,_____01.02.2025_____ Atlanta



_____        _____
Felix Starck                              Hossain Sooudi
Baller League GmbH                        AMP Entertainment LLC

**Inducement**

I, Din Muktar, have read and am familiar with all of the terms of the foregoing Agreement.  As an inducement for Baller League GmbH to enter into the Agreement, I hereby represent, warrant, and agree that: (i) I have entered into an agreement with AMP Entertainment LLC whereby AMP Entertainment LLC is entitled to exploit my rights and services, (ii) AMP Entertainment LLC is authorized to grant and provide to Baller League GmbH my rights and services on the terms and conditions set forth in the Agreement and (iii) AMP Entertainment LLC ceases to exist or otherwise fails to perform its obligations under this Agreement, I will enter into an agreement with you in place AMP Entertainment LLC on terms the same as those in the Agreement.

Agreed by:          06.02.2025



Din Muktar

I, Christopher Dimbo, have read and am familiar with all of the terms of the foregoing Agreement.  As an inducement for Baller League GmbH to enter into the Agreement, I hereby represent, warrant, and agree that: (i) I have entered into an agreement with AMP Entertainment LLC whereby AMP Entertainment LLC is entitled to exploit my rights and services, (ii) AMP Entertainment LLC is authorized to grant and provide to Baller League GmbH my rights and services on the terms and conditions set forth in the Agreement and (iii) AMP Entertainment LLC ceases to exist or otherwise fails to perform its obligations under this Agreement, I will enter into an agreement with you in place AMP Entertainment LLC on terms the same as those in the Agreement.

Agreed by:          06.02.2025



Christopher Dimbo

I, Davis Dodds, have read and am familiar with all of the terms of the foregoing Agreement.  As an inducement for Baller League GmbH to enter into the Agreement, I hereby represent, warrant, and agree that: (i) I have entered into an agreement with AMP Entertainment LLC whereby AMP Entertainment LLC is entitled to exploit my rights and services, (ii) AMP Entertainment LLC is authorized to grant and provide to Baller League GmbH my rights and services on the terms and conditions set forth in the Agreement and (iii) AMP Entertainment LLC ceases to exist or otherwise fails to perform its obligations under this Agreement, I will enter into an agreement with you in place AMP Entertainment LLC on terms the same as those in the Agreement.

Agreed by:

# EXHIBIT A

Docusign Envelope ID: A642180A-F7C4-4E6C-B3B4-346E5BFD81E8

05.02.2025



73C8D8032F4C48D...

Davis Dodds

I, Denzel Dennis, have read and am familiar with all of the terms of the foregoing Agreement.  As an inducement for Baller League GmbH to enter into the Agreement, I hereby represent, warrant, and agree that: (i) I have entered into an agreement with AMP Entertainment LLC whereby AMP Entertainment LLC is entitled to exploit my rights and services, (ii) AMP Entertainment LLC is authorized to grant and provide to Baller League GmbH my rights and services on the terms and conditions set forth in the Agreement and (iii) AMP Entertainment LLC ceases to exist or otherwise fails to perform its obligations under this Agreement, I will enter into an agreement with you in place AMP Entertainment LLC on terms the same as those in the Agreement.

Agreed by:

11.02.2025

Signed by:

Denzel Dennis

05E10A993EC246B...

Denzel Dennis

I, Kai Cenat, have read and am familiar with all of the terms of the foregoing Agreement.  As an inducement for Baller League GmbH to enter into the Agreement, I hereby represent, warrant, and agree that: (i) I have entered into an agreement with AMP Entertainment LLC whereby AMP Entertainment LLC is entitled to exploit my rights and services, (ii) AMP Entertainment LLC is authorized to grant and provide to Baller League GmbH my rights and services on the terms and conditions set forth in the Agreement and (iii) AMP Entertainment LLC ceases to exist or otherwise fails to perform its obligations under this Agreement, I will enter into an agreement with you in place AMP Entertainment LLC on terms the same as those in the Agreement.

Agreed by:   DocuSigned by:

17.02.2025

Kai Cenat

57509131DCAB4AE...

Kai Cenat

I, Roberto Escanio, have read and am familiar with all of the terms of the foregoing Agreement.  As an inducement for Baller League GmbH to enter into the Agreement, I hereby represent, warrant, and agree that: (i) I have entered into an agreement with AMP Entertainment LLC whereby AMP Entertainment LLC is entitled to exploit my rights and services, (ii) AMP Entertainment LLC is authorized to grant and provide to Baller League GmbH my rights and services on the terms and conditions set forth in the Agreement and (iii) AMP Entertainment LLC ceases to exist or otherwise fails to perform its obligations under this Agreement, I will enter into an agreement with you in place AMP Entertainment LLC on terms the same as those in the Agreement.

Agreed by:

17.02.2025

DocuSigned by:

Roberto Escanio

854D39C9388843F...

Roberto Escanio